

# Nater Law
## FIRM, PLLC

May 6, 2019

**VIA REGULAR MAIL**

Sedgwick Claims Management Services, Inc.
Attn: Melissa Wendt
PO Box 14151
Lexington, KY 40512-4151

| | | |
|---|---|---|
| **RE:** | **Our Client:** | |
| | **Your Client:** | **BJ's Wholesale Club** |
| | **Date of Loss:** | **09/26/2018** |
| | **Claim Number:** | **30181161464-0001** |

Dear Mrs. Wendt:

    As you know, the Nater Law Firm, PLLC represents the minor child, ▆▆▆▆ ▆▆▆▆ for the injuries and damages she sustained in the incident of September 26, 2018. Enclosed you will find medical records, medical bills and additional documentation to support ▆▆▆▆▆▆▆▆ injuries and damages. What follows is a summary of liability and damages.

## FACTS & LIABILITY

    On September 26, 2018 ▆▆▆▆▆▆▆▆ and her parents were at BJ's Wholesale Club located at 1100 W Osceola Parkway, Kissimmee, Florida when Yareisley, a 3 years old girl, was injured.

    There was a folding chair on display available and accessible to the public. No where near the chair or around the display were there any visible warning signs asking patrons to not sit on or touch the displays, including but not limited to the chair at issue in this claim. On the contrary, it appeared the display was located in such a manner where patrons were enticed to test the chairs. Unfortunately, when young ▆▆▆▆ attempted to sit on the chair, it collapsed thereby causing the child to fall over and hit her face against a crate. Young ▆▆▆▆ began grasping for air and began to lose color.

In light of her daughter's condition and no visible BJs personnel to assist them, ▇▇▇▇ parents drove her to the ER at Osceola Regional Hospital. After ▇▇▇▇ was stabilized and released, Michael Canales, ▇▇▇▇, returned to BJs to report the incident to the manager on duty. However, the manager on duty refused to write up an incident report or look at the cameras as requested by Mr. Canales.

## DAMAGES OVERVIEW

▇▇▇▇ Canales was seen the same day of the incident at Osceola Regional emergency room where she was evaluated, stabilized and treated. The physician recommended OTC pain medication and cold compression to the area of the bridge of the nose. Over the next several days ▇▇▇▇ had a decreased appetite and had trouble breathing. She also developed extensive bruising around both eyes.

Her parents took ▇▇▇▇ to Nemours Hospital on September 27, 2018 where a CT Scan of her facial bones/mandibule revealed a **right nasal bone fracture wild mild associated soft tissue swelling**.

The next day ▇▇▇▇ had a follow up visit with her pediatrician at Kidsville Pediatrics with Dr. Harry Cuevas. Dr. Cuevas evaluated Ms. ▇▇▇▇ and diagnosed her with facial trauma and nasal fracture. Dr. Cuevas ordered an oral and maxillofacial surgery consultation, an optometry consultation and a follow up with him four weeks later.

On October 8, 2018, ▇▇▇▇ presented to the Florida Craniofacial Institute where Dr. Palermo evaluated her and stated: Since initial injury, swelling has decreased and bruising started to resolve, appetite has improved. ▇▇▇▇ occasionally snores, however this was present at baseline per parents. She does not appear to have any visual deficits. She has followed up for a dental exam and an eye exam, which are reported to be normal. Parents are concerned that the swelling has not resolved completely at this time and are worried about residual deficits. Dr. Palermo indicated ▇▇▇▇ status post facial trauma with nasal bone fracture per radiology report, is clinically stable without indication for surgical intervention at that moment. The doctor recommended a follow up visit with her in three months for re-evaluation.

On ▉▉▉▉▉ follow up visit with her pediatrician, Dr. Cuevas, she was diagnosed with a closed fracture of the nasal bone. Dr. Cuevas recommended a follow up in two months to monitor the progression of the fracture.

▉▉▉▉▉ went to her follow up with Florida Cranial Facial Institute on January 31, 2019. Dr. Palermo stated that the post fascial trauma with right nasal bone fracture, managed conservatively, is clinically stable based on clinical exam. However, the doctor recommended an evaluation by pediatric otolaryngologist and pediatric ophthalmologist.

At present, Ms. ▉▉▉▉▉ is awaiting to see the otolaryngologist and opthamologist. Further documentation will be provided as it becomes available.

According to Florida Standard Jury Instructions, ▉▉▉▉▉ is entitled to recover a range of damages that have been caused by your insured's negligence. These include bodily injury and any resulting pain and suffering, disability, disfigurement, mental anguish and the loss of capacity for the enjoyment of life experienced in the past or to be experienced in the future, loss of earnings, and earning capacity and the reasonable value or expense of hospitalization and medical or nursing care and treatment necessary or reasonably obtained by her in the past or to be obtained by her in the future.

## PAST MEDICAL EXPENSES

As a result of this accident, ▉▉▉▉▉ incurred the following, **$12,038.59** in medical bills:

| | | |
|---|---|---|
| 1. | Osceola Regional Medical Center | $ 4,440.25 |
| 2. | Kidsville Pediatrics | $ 230.09 |
| 3. | Nemours Children Hospital | $ 7,768.00 |
| 4. | Florida Cranial Fascial Institute | $ 1,960.00 |
| | **TOTAL:** | **$ 12,038.59** |

## FUTURE MEDICAL EXPENSES

At this time, we are awaiting additional evaluations by the foregoing medical specialist. Once the medical records are available they will be provided upon receipt along with their bill and any future medical recommendations.

## PAST AND FUTURE NON-ECONOMIC DAMAGES

It is without a question that the impact sustained by young ▇ to her face was sufficient to cause a nose fracture. The extent of pain and discomfort associated to such an injury is indescribable, especially when it is a young and tender child with limited ability to describe her pain and discomfort. However, Ms. ▇ parents will be fully capable of describing, in great detail, the amount of pain and suffering young ▇ suffered during the days, weeks and months following her injury.

As medical documentation becomes available to us, we will be better able to identify and describe the future non-economic losses that will distress Ms. ▇ and her parents. We will definitely be better equipped to describe the effect of this injury on Ms. ▇ at trial through a narrative from her parents, as well as descriptions of their findings on exam by Ms. ▇ medical specialists.

## DEMAND FOR SETTLEMENT

We look forward to working with you in order to accomplish an amicable resolution to Yareisley Canales' claim. From this unfortunately incident, ▇ continues to experience pain and discomfort, as well as the need for future care. At this time, we are demanding **$400,000.00** in settlement of his claim. Please understand that this type of injury will continue to show sequela.

Please remit the settlement draft within 20 days of this letter. Please contact the undersigned should you wish to discuss this matter.

Sincerely,

Fanny Nater

Enclosures

6-17-2019  301810713830001  5120190617155728